IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-mj-330 |
| | ) | |
| ERIK L. BOYD, | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL INFORMATION AND SUMMONS

I, Special Agent Nicholas J. McDonald, being duly sworn, state:

### INTRODUCTION

1. I am a Special Agent at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia. I am currently assigned to Fort Myer CID office. I have been employed as a Special Agent with the United States Army Criminal Investigation Division since April 23, 2015. I have been a law enforcement officer since that time. My responsibilities include investigating violations of the Uniform Code of Military Justice, United States Federal Statutes and Virginia codes. I have been trained in investigating felony-level crimes; including drug offenses, and have investigated several such offenses.

2. This affidavit is made in support of a criminal information and summons for the following defendant, ERIK L. BOYD, for Wrongful Possession of Heroin and Carrying a Concealed Weapon at the Hatfield Gate, Joint Base Myer-Henderson Hall, Virginia in the

1

Eastern District of Virginia, in violation of Title 21 United States Code Section 844 and Virginia State Code 18.2-308.

3. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation, as well as the observations of other law enforcement officers involved in this investigation. All observations that were not personally made by me were related to me by the person(s) who made such observations.

4. This affidavit contains the information necessary to support probable cause for these applications. The affidavit is not intended to include each and every fact and matter observed by me or known to the government.

## PROBABLE CAUSE FOR ARREST

5. On or about October 28, 2018, SGT Marcus C. Simmons, 289th Military Police Company, 4th Battalion, 3rd Infantry Regiment, Joint Base Myer-Henderson Hall, VA 22211, reported that BOYD was found in possession of an unknown white powdery substance while entering the Hatfield Gate, Joint Base Myer-Henderson Hall, Virginia. SGT Simmons also reported BOYD was found in possession of a handgun while his vehicle and person were searched. The handgun was found concealed on BOYD's person and BOYD did not have a valid license to carry the handgun concealed. Subsequent laboratory analysis performed by the United States Department of Justice confirmed the presence of heroin in the bag collected from the vehicle of BOYD.

## CONCLUSION

10. Based on my training and experience, I respectfully submit that there is probable cause to believe that, on or about, October 28, 2018, BOYD, with the intent to possess a

2

controlled substance and a conceal a handgun, knowingly entered a military installation. Specifically, there is probable cause to believe that at the Hatfield Gate which is located at Joint Base Myer-Henderson Hall, Virginia, which is located within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, BOYD committed the offenses of Wrongful Possession of Heroin, in violation of Title 21, United States Code, Section 844 and Carrying a Concealed Weapon, in violation of Virginia State Code 18.2-308.

Nicholas J. McDonald
Special Agent
Fort Myer CID Office

SUBSCRIBED AND SWORN TO
BEFORE ME IN MY PRESENCE
THIS 21 DAY OF AUGUST 2019

NOTARY PUBLIC   NATALIE W. MCKIERNAN
1LT, JA

**Legal Assistance Attorney
Department of the Army
Military Notary Public Pursuant to
Authority of 10 USC 1044a**

